No. 73–1396. MARCUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. Upon representation of the Solicitor General set forth in his memorandum for the United States filed May 31, 1974, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.

No. ———. IN RE RESIGNATION OF DYE. Request of Stuart F. Dye, of Knoxville, Tennessee, that his name be stricken from the roll of attorneys admitted to practice in this Court granted.

No. A–1053. ANDERSON *v.* SOUTH CAROLINA. C. A. 4th Cir. Application for bail pending appeal presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–1103 (73–1748). BISHOP ET AL. *v.* UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the Eighth Circuit and for release pending disposition of petition for writ of certiorari, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–1120 (73–1742). TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. Application for stay of Part III of order of the United States Court of Appeals for the Fifth Circuit presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending final disposition of petition for writ of certiorari. MR. JUSTICE DOUGLAS dissents from granting stay.